UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-21028-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| ANA AVILES | ) |
| _____ | ) |

**ORDER ACCEPTING GUILTY PLEA**

Following a de novo review of the record, including the transcript of the change of plea hearing, I adopt the report and recommendation of Chief Magistrate Judge Brown [D.E. 507]. Accordingly, I accept Ms Aviles' guilty plea to Count 1 of the second superseding indictment as knowing, voluntary, and intelligent.

DONE and ORDERED in chambers in Miami, Florida, this 13th day of December, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:     Chief Magistrate Judge Brown
             All counsel of record